

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2015

No. 04-15-00399-CV

**IN THE INTEREST OF L.D.F.,** et al., Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01274
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED. The State's brief is due on September 14, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2015.

_____
Keith E. Hottle
Clerk of Court